**Stanley A. SLUPKOWSKI,**
Petitioner–Appellant,

v.

**JUDGE ADVOCATE GENERAL DE-PARTMENT OF the UNITED STATES NAVY, General Counsel Department of Health and Human Services, and General Counsel Department of Veterans Affairs, Respondents–Appellees.**

No. 2008–1561.

United States Court of Appeals,
Federal Circuit.

Dec. 2, 2008.

Stanley A. Slupkowski, Rochester, MN, pro se.

David A. Harrington, Department of Justice, Washington, DC, for Respondents–Appellees.

Before MICHEL, Chief Judge, RADER and PROST, Circuit Judges.

ON MOTION

PER CURIAM.

*ORDER*

Stanley A. Slupkowski responds to the court's order directing him to show cause why this appeal should not be dismissed for lack of jurisdiction. Slupkowski also moves for leave to proceed in forma pauperis and submits various documents requesting mandamus relief.

In the United States District Court for the District of Columbia, Slupkowski filed a notice of appeal which appears to involve a district court order denying Slupkowski leave to file a document involving a request for leave to proceed in forma pauperis and asserting a "civil complaint." Because Slupkowski stated that he sought review by this court, the district court transmitted the notice of appeal to this court.

Slupkowski has not shown that this court has jurisdiction over his appeal. He has not shown that the appeal falls within this court's jurisdiction. *See* 28 U.S.C. § 1295(a)(1), (2). Additionally, Slupkowski has not shown that his requests for mandamus relief are within the jurisdiction of this court.

Accordingly,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.

(3) Slupkowski's motion to proceed in forma pauperis is denied as moot.

(4) Slupkowski's requests for mandamus relief are denied.